1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD ALLEN NELSON,                    1:07-cv-00466-AWI-DLB (HC)

12              Petitioner,

13    vs.                                       ORDER GRANTING MOTION FOR
                                                EXTENSION OF TIME TO FILE
14    W.J. SULLIVAN,                            RESPONSIVE PLEADING

15              Respondent.                     (DOCUMENT #9)
      _____/
16

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18    U.S.C. § 2254.  On July 13, 2007, respondent filed a motion to extend time to comply with the

19    Court's order of May 14, 2007.  Inasmuch as respondent filed the motion to dismiss on August 3,

20    2007, and good cause having been presented to the court,  IT IS HEREBY ORDERED that:

21          Respondent's  motion to extend time is GRANTED nunc pro tunc.

22

23

24          IT IS SO ORDERED.

25          Dated:   **August 23, 2007**            _____ **/s/ Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28