1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD ALLEN NELSON,

      Petitioner,

v.

BRIAN HAWS,

      Respondent.

_____

1:07-cv-00466-AWI-DLB-HC

**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 17)

**ORDER DENYING MOTION TO DISMISS PETITION AS UNEXHAUSTED** (Doc. 10)

**ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER BRIEFING SCHEDULE**

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 28, 2007, the Magistrate Judge filed Findings and a Recommendation that Respondent's motion to dismiss the instant petition as unexhausted be DENIED, and the matter be referred back to the Magistrate Judge for issuance of a further briefing schedule. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On October 1, 2007, Respondent filed a letter as notification of his intention not to file an objection to the Findings and Recommendation.

1

1     In accordance with the provisions of 28 U.S.C. § 636

2 (b)(1)(C), this Court has conducted a *de novo* review of the case.

3 Having carefully reviewed the entire file, including Petitioner's

4 objections, the Court concludes that the Magistrate Judge's

5 Findings and Recommendation are supported by the record and proper

6 analysis.

7     Accordingly, IT IS HEREBY ORDERED that:

8     1.   The Findings and Recommendation, filed September 28,

9 2007, are ADOPTED IN FULL;

10     2.   Respondent's motion to dismiss the instant petition as

11 unexhausted, filed August 3, 2007, is DENIED; and,

12     3.   The matter is referred back to the Magistrate Judge for

13 issuance of a further briefing schedule.

14

15 IT IS SO ORDERED.

16 **Dated:   December 20, 2007**            **/s/ Anthony W. Ishii**

17                                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28