# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN NELSON,<br><br>        Petitioner,<br><br>   v.<br><br>W.J. SULLIVAN,<br><br>        Respondent.<br>_____/ | CV F   07-00466 AWI DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER TO PETITION |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Following the denial of Respondent's motion to dismiss the instant petition for exhaustion of the state judicial remedies, the Court hereby directs Respondent to submit an answer to the petition within forty-five (45) days from the date of service of this order. Petitioner may file a traverse within thirty (30) days from the date Respondent files his answer.

    Accordingly, it is HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Respondent shall submit an answer to the petition;

2. Within thirty (30) days from the date Respondent files his answer, Petitioner may file a traverse; and

3. All other provisions of the Court's May 14, 2007, order remain in full force and effect.

    IT IS SO ORDERED.

Dated:  **December 26, 2007**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE