IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN NELSON, | 1:07-cv-0466-AWI-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S BRIEFING SCHEDULE |
| vs. | |
| W.J. SULLIVAN, | (DOCUMENT #25) |
| Respondent. | SIXTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 14, 2008, Respondent filed an answer to the petition. On April 3. 2008, petitioner filed a motion to extend time to comply with the Court's Briefing Schedule. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated:    April 8, 2008              /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE