1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN NELSON, | CV F   07-00466 AWI DLB HC |
|                  Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |
|    v. | |
| W.J. SULLIVAN, | [Doc. 28] |
|                 Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 23, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On October 22, 2008, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

1

The court does note that Petitioner claims the Magistrate Judge and the state courts have incorrectly found five strikes arising from Petitioner's Oregon conviction.   Petitioner provides an order from the Oregon state court that dismisses Counts 1, 2, 3, 4, 6, 7, 8, 9, 10, 12, 16, and 17 from the Oregon action.   While this Oregon state court order is vague, it does not show Petitioner could not have been convicted of five different counts in the Oregon action.   This order does not dismiss of Counts 5, 11, 13, 14, and 15.   Thus, Petitioner's evidence does not show it was impossible for Petitioner to have five strikes arising from the Oregon action.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendation issued September 23, 2008, is ADOPTED IN FULL;

2.     The Petition for Writ of Habeas Corpus is DENIED;

3.     The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent; and,

4.     The court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (a COA should be granted where the applicant has made "a substantial showing of the denial of a constitutional right," i.e., when "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong"; Hoffman v. Arave, 455 F.3d 926, 943 (9th Cir. 2006) (same).  In the present case, the Court finds that reasonable jurists would not find it debatable that the state courts' decision denying Petitioner's petition for writ of habeas corpus were not "objectively unreasonable."

IT IS SO ORDERED.

Dated:   October 31, 2008                              /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE

2